UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
CONNOR SPENCE, individually and as President of the
Amazon Labor Union, International Brotherhood of
Teamsters Local 1; SULTANA HOSSAIN, individually
and as Recording Secretary of the Amazon Labor Union,
International Brotherhood of Teamsters, Local 1;
PASQUALI CIOFFI; JULIAN MITCHELL-ISRAEL;
and AMAZON LABOR UNION, INTERNATIONAL
BROTHERHOOD OF TEAMSTERS, LOCAL 1,

                              Plaintiffs,

                              v.

NEW YORK CITY POLICE DEPARTMENT, CITY
OF NEW YORK; GLORISEL LEE, Commanding
Officer of the 121st Precinct of the NYPD, individually
and in her official capacity; MATTHEW DIVITO,
Captain of the 121st Precinct of the NYPD, individually
and in his official capacity; MATTHEW PIZZULLO,
NYC Police Officer, individually; ANNEURYS DE LA
CRUZ, NYC Police Officer, individually; RAFAEL
PIMENTEL ESCOTO, NYC Police Officer,
Individually; SALVATORE ANNUNZIATA, NYC
Police Officer, individually; ANDREW BROWN, NYC
Police Officer , individually; JADD ZAHRIEH, NYC
Police Sgt.; SEAN MONDELLO, NYPD Community
Affairs Sgt, individually; PRESCILO SIBEL, NYC
Patrol Boro Staten Island Community Affairs, Police
Officer, individually; ANTONIO LOPICCOLO, NYC
Police Officer, individually; JOHN DOES 1-4, NYC
Police Officers, individually; AMAZON.COM
SERVICES, LLP; ADEBODUN AINA, Operations
Manager, Amazon.Com Services, LLP, and JOE TROY,
Regional Loss Prevention Manager, Amazon.Com
Services, LLP,

                              Defendants.
------------------------------------------------------------------------ X

Case No. 24-cv-9823-JMF

**<u>NOTICE OF APPEARANCE</u>**

**PLEASE TAKE NOTICE** that Patrick L. Robson of Hunton Andrews Kurth LLP, with offices located at 200 Park Avenue, New York, New York 10166, hereby appears as counsel for Defendants Amazon,com Services, LLP, Adebodun Aina, and Joe Troy, and requests that copies of all future pleadings, filings, notices, correspondences, and other papers in the case be served upon him at the address indicated herein.

| | |
|---|---|
| Dated: December 22, 2024 | HUNTON ANDREWS KURTH LLP |
| | */s/ Patrick L. Robson* <br> Patrick L. Robson <br> 200 Park Avenue, 52nd Floor <br> New York, NY 10166 <br> probson@huntonAK.com <br> Tel: (212) 309-1000 <br> Fax: (212) 309-1100 |
| | *Counsel for Defendants* <br> *Amazon.com Services, LLP,* <br> *Adebodun Aina and Joe Troy* |

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2024 caused to be served a true and correct copy of the foregoing upon all counsel of record, by filing same on the Court's CM/ECF system which will send notice to counsel of record registered on the Court's CM.ECF system

                    By: */s/ Patrick L. Robson*
                            Patrick L. Robson