```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                        :
CONNOR SPENCE, et al.,                                  :
                                                        :
                            Plaintiffs,                 :
                                                        :
            - against -                                 :      24-CV-9823 (JMF)
                                                        :
NEW YORK CITY POLICE DEPARTMENT,                        :      ORDER
et al.,                                                 :
                                                        :
                            Defendants.                 :
                                                        :
------------------------------------------------------- X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

I am receipt of Plaintiffs' motion for a temporary restraining order or preliminary injunction. (Doc. 4.) Accordingly, it is hereby:

ORDERED that the parties appear for a telephonic conference on December 23, 2024 at 3 p.m. The dial-in number is 1-855-244-8681 and the access code is 2309 3085 835. There is no attendee ID. The parties should be able to discuss the motion for a temporary restraining order, including, among other things: (1) actions taken to date by the New York City Police Department with regard to locations and alleged protected activities at issue, including contacts with Amazon; and (2) why venue is proper in the Southern District of New York.

SO ORDERED.

Dated: December 21, 2024
       New York, New York

*[signature: Vernon Broderick]*

Vernon S. Broderick
United States District Judge
Sitting as Part I Judge