# HUNTON

HUNTON ANDREWS KURTH LLP
200 PARK AVENUE
NEW YORK, NY 10166-0005

TEL  212 • 309 • 1000
FAX  212 • 309 • 1100

PATRICK L. ROBSON
DIRECT DIAL: 212 • 309 • 1157
EMAIL: probson@hunton.com

FILE NO: 056186.188

March 17, 2025

**Via E-Mail**
**Via E-filing (letter only)**

| | |
|---|---|
| Arthur Z. Schwartz, Esq. | Hannah Victoria Faddis, Esq. |
| Advocates for Justice, Chartered Attorneys | New York City Law Department |
| 225 Broadway, Suite 1902 | 100 Church Street |
| New York, NY 10007 | New York, NY 10007 |
| aschwartz@afjlaw.com | hfaddis@law.nyc.gov |

Re:   *Spence v. NYPD et al.*,
       Case No. 25-cv-00020-CBA-LB (E.D.N.Y.)

Counsel:

    We represent Defendants Amazon.com Services, LLP, Adebodun Aina, and Joe Troy (collectively, the "Amazon Defendants") in the above-referenced action. Pursuant to Rule 3.D of Judge Amon's Individual Motion Practices And Rules, please find enclosed:

1. Amazon Defendants' Notice of Motion to Stay Discovery;

2. Amazon Defendants' Memorandum of Law in Support of Motion to Stay Discovery; and

3. A proposed order granting the Amazon Defendants' Motion to Stay Discovery.

Very truly yours,

*[signature]*

Patrick L. Robson

Enclosures