

HUNTON ANDREWS KURTH LLP
200 PARK AVENUE
NEW YORK, NY 10166-0005

TEL 212 • 309 • 1000
FAX 212 • 309 • 1100

PATRICK L. ROBSON
DIRECT DIAL: 212 • 309 • 1157
EMAIL: probson@hunton.com

March 28, 2025

FILE NO: 056186.188

**VIA FEDERAL EXPRESS**
**VIA ECF (LETTER ONLY)**

Hon. Carol Bagley Amon, U.S.D.J.
United States District Court, Eastern District Of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Spence v. NYPD et al.*, Case No. 25-cv-00020-CBA-LB (E.D.N.Y.)
              Courtesy Copies of Amazon Defendants' Motion to Stay Discovery Papers

Dear Judge Amon:

      The Amazon Defendants (Adebodun Aina, Amazon.com Services, LLP, and Joe Troy) write pursuant to Your Honor's Individual Practice Rule 3(D) to submit courtesy copies of the papers filed in connection with the Amazon Defendant's Motion to Stay Discovery. Pursuant to the Court's March 24, 2025 Order, Plaintiffs' deadline to respond to the Amazon Defendants' motion, and to amend their complaint, was March 27, 2025. As of the date of this correspondence, Plaintiffs have not served or filed any opposition to the Motion to Stay or an amended complaint.

      Accordingly, enclosed please find:

1. The Amazon Defendants' Notice of Motion to Stay Discovery (Dkt. 29);

2. The Amazon Defendants' Memorandum of Law in Support of their Motion to Stay Discovery (Dkt. 29-1); and

3. A proposed order granting the Amazon Defendants' Motion (Dkt. 29-1).

      With respect to the anticipated Motion to Dismiss, we respectfully request that the Amazon Defendants be permitted to move to dismiss Plaintiffs' operative amended complaint (Dkt. 3) consistent with the Court's March 10th scheduling order. We can be available at your convenience to address any questions the Court may have.

# HUNTON

Hon. Carol Bagley Amon, U.S.D.J.
March 28, 2025
Page 2

                                                      Respectfully submitted,

                                                      Patrick L. Robson

Enclosures
CC:  Magistrate Judge Lois Bloom (letter only, via Overnight)
Counsel of record (letter only, via email and ECF)